THIRD DEPARTMENT, OCTOBER, 1955.

(October 6, 1955.)

SANDRA J. STEIN, an Infant, by WALTER L. STEIN, Her Guardian ad Litem, et al., Appellants, v. CITY OF ALBANY, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.